1  Mark R. Thierman, Nev. Bar No. 8285
   mark@thiermanbuck.com
2  Joshua D. Buck, Nev. Bar No. 12187
   josh@thiermanbuck.com
3  Leah L. Jones, Nev. Bar No. 13161
   leah@thiermanbuck.com
4  Joshua R. Hendrickson, Nev. Bar No. 12225
   JoshH@thiermanbuck.com
5  **THIERMAN BUCK LLP**
   7287 Lakeside Drive
6  Reno, Nevada 89511
   Tel. (775) 284-1500
7  Fax. (775) 703-5027

8  Jerry Martin (*Pro Hac Vice*)
   jmartin@barrettjohnston.com
9  Seth M. Hyatt (*Pro Hac Vice*)
   shyatt@barrettjohnston.com
10 **BARRETT JOHNSTON MARTIN &
   GARRISON, LLC**
11 Philips Plaza
   414 Union Street, Suite 900
12 Nashville, TN 37219
   Telephone: (615) 244-2202
13 Facsimile: (615) 252-3798

14 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WANG, On Behalf of HIMSELF and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RELIANT REHABILITATION HOLDINGS, INC. d/b/a RELIANT REHABILITATION, RELIANT PRO REHAB, LLC d/b/a RELIANT REHABILITATION, RELIANT MANAGEMENT GROUP, LLC d/b/a RELIANT REHABILITATION, and H.I.G. CAPITAL, L.L.C.<br><br>    Defendant. | Case No.: 3:22-cv-00258-MMD-CLB<br><br>**ORDER GRANTING STIPULATION** |

Pursuant to the parties' stipulation (ECF No. 16), all claims against Defendant H.I.G. Capital L.L.C., are dismissed without prejudice, each party to bear its own fees and costs.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: August 3, 2022.